IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IRENE HECHT, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

DAN POST BOOT COMPANY,

                Defendant.

Civil Case Number: 1:20-cv-05856-JPO-KHP

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 23, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 1:20-cv-05856-JPO-KHP, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __23rd__ **day of November 2020.**

_____
J. PAUL OETKEN
United States District Judge